# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BENNETT, MARK W. | USDC/Northern District of Iowa | 07/25/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

313 United States Courthouse
320 Sixth Street
Sioux City, IA 51101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2012 | Aspen Publishing | $4,200.00 |
| 2. 2012 | Drake University Law School | $3,700.00 |
| 3. 2012 | Seton Hall Law School | $2,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NACDL | 1.19-1.21 | Aspen, CO | NACDL Seminar | airfare, lodging, meals |
| 2. | Judicial Education Division of the Illinois Courts | 1.30-1.31 | Chicago, IL | Education Conference 2012 | aifare, lodging, meals |
| 3. | Drake University School of Law | 2.19-2.20 | Des Moines, IA | Co-teaching law class | mileage, lodging |
| 4. | Federal Judicial Center | 3.19-3.21 | Charlotte, NC | FJC Jury Workshop | airfare, lodging, meals |
| 5. | Seton Hall University School of Law | 3.26-3.29 | Newark, NJ | Visiting Jurist in Residence | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

| # | | | | |
|---|---|---|---|---|
| 6. | Judicial Education Division of the Illinois Courts | 4.16-4.17 | Chicago, IL | Education Conference 2012 | aifare, lodging, meals |
| 7. | Drake University Law School | 4.21 | Des Moines, IA | Co-teaching law class | mileage |
| 8. | New York Law School | 4.22-4.24 | New York, NY | NY Law School Employee Rights Advocacy Institute for Law & Policy Symposium | airfare, lodging, meals |
| 9. | Alaska Bar Association | 5.1-5.2 | Anchorage, AK | State Judges Conference/ Bar Convention | airfare, lodging, meals |
| 10. | King County Bar Association | 5.3-5.4 | Seattle, WA | Pacific Coast Labor & Employment Law Conference | airfare, lodging, meals |
| 11. | Nevada Federal Public Defender's Office | 5.16-5.17 | Las Vegas | Nevada FPD | airfare, lodging, meals |
| 12. | National Association of Criminal Defeense Lawyers & ABA | 5.23-5.25 | St. Petersburg, FL | 21st Annual National Seminar on the Federal Sentencing Guidelines | airfare, lodging, meals |
| 13. | University of Louisville - Brandeis Law School | 6.20-6.21 | Louisville, KY | 8th Annual Carl Warns Labor and Employment Law Institute | airfare, lodging, meals |
| 14. | Arizona State Bar Association | 6.21-6.23 | Phoenix, AZ | Arizona State Bar Convention | airfare. lodging, meals |
| 15. | The Eisenhower Project | 9.30-10.1 | New Orleans, LA | American Judgs Annual Conference | airfare, lodging, meals |
| 16. | American Bar Association | 10.31-11.3 | Atlanta, GA | 6th Annual ABA Section of Labor and Employment Law Confernece | airfare, lodging, meals |
| 17. | Iowa State Bar Association | 12.13-12.14 | Des Moines, IA | Federal Practice Seminar | mileage, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Non-IRA (Fidelity) | | | | | | | | | |
| 2. ANTX | | None | J | T | | | | | |
| 3. Berkshire Hathaway | | None | J | T | | | | | |
| 4. FBR Focus Fund | | None | | | | | | | |
| 5. First Eagle Global Class C | | None | J | T | | | | | |
| 6. Invesco Intl. Small Co. | | None | J | T | | | | | |
| 7. Hennessey Focus Fund ** | | None | J | T | Spinoff (from line 4) | | | | |
| 8. Permanent Portfolio | | None | J | T | | | | | |
| 9. Surebeam Corp. | | None | J | T | | | | | |
| 10. Vanguard Index FDS | A | Dividend | J | T | | | | | |
| 11. Vanguard Specialized Portfolios ** | | | | | | | | | |
| 12. WasatchUltra Growth | | None | | | Sold | 11/29/12 | J | B | |
| 13. | | | | | | | | | |
| 14. Rollover IRA (Fidelity) | | | | | | | | | |
| 15. Berkshire Hathaway | | None | K | T | Buy | 2/14/12 | J | | |
| 16. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 17. Fidelity Real Estate Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Eagle Global Class C | | None | K | T | Sold (part) | 11/26/12 | J | B | |
| 19. Iva Worldwide Fund | | None | K | T | Sold (part) | 5/30/12 | J | B | |
| 20. | | | | | Sold (part) | 9/21/12 | J | B | |
| 21. | | | | | Sold (part) | 10/31/12 | J | B | |
| 22. | | | | | Sold (part) | 11/1/12 | J | B | |
| 23. Leuthold Global Fund Retail Shares | A | Dividend | | | Sold (part) | 2/9/12 | J | D | |
| 24. | | | | | Sold (part) | 3/27/12 | J | B | |
| 25. | | | | | Sold | 4/25/12 | J | C | |
| 26. Oakmark International Small Cap | A | Dividend | J | T | Sold (part) | 7/27/12 | J | B | |
| 27. Permanent Portfolio | A | Dividend | J | T | Sold (part) | 12/27/12 | J | B | |
| 28. T. Rowe Price PERSNL Strategy Blanced | | None | | | Sold (part) | 1/30/12 | J | B | |
| 29. | | | | | Sold | 2/9/12 | J | C | |
| 30. Wasatch Ultra Growth | | None | | | Sold (part) | 6/29/12 | J | C | |
| 31. | | | | | Sold | 8/28/12 | J | B | |
| 32. | | | | | | | | | |
| 33. Miscellaneous Holdings | | | | | | | | | |
| 34. Iowa College Savings Account -- self - no control ** | | None | J | T | | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Iowa College Savings Account . . ▨ no control ** | | None | J | T | | | J | | |
| 36. CKG ACCT; Fidelity, Boston MA | A | Interest | K | T | | | | | |
| 37. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 38. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 39. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 40. Belcour Pension Invest VI | | None | J | T | | | | | |
| 41. LMTD PTRSHIP; Riverfront Ass'n; Des Moines ** | | None | J | W | | | | | |
| 42. LMTD PTRSHIP-Shearson Senior Income Fund ** | | None | | | Closed | | J | A | ** |
| 43. LMTD PTRSHIP-Shearson Coast Savings ** | | None | | | Closed | | J | A | ** |
| 44. LMTD PTRSHIP-Caryle Real Estate | | None | | | Closed | | J | A | ** |
| 45. RESIDENTIAL LOT; Sioux City, IA | | None | | | Sold | 12/28/12 | K | B | |
| 46. | | | | | | | | | |
| 47. IRA Fidelity ▨ | | | | | | | | | |
| 48. Amana Mutual Fund | | None | J | T | Buy | 06/12/12 | J | | |
| 49. American Century Mid Cap | A | Dividend | J | T | Buy (add'l) | 06/12/12 | J | | |
| 50. Blackrock Energy & Resources ** | | None | | | Sold | 06/26/12 | J | C | |
| 51. BMO Small Cap | | None | | | Sold | 3/5/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Berkshire Hathaway Inc DEL CL B ** | | None | L | T | Buy (add'l) | 2/9/12 | J | | |
| 53. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 54. | | | | | Buy (add'l) | 04/12/12 | K | | |
| 55. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 56. Direxion Long/Short Global | | None | | | Sold | 09/24/12 | J | C | |
| 57. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 58. Fidelity Japan Smaller Co's | | None | K | T | Buy | 12/18/12 | K | | |
| 59. Fidelity Real Estate Income | A | Dividend | K | T | Buy (add'l) | 1/24/12 | J | | |
| 60. | | | | | Buy (add'l) | 07/27/12 | J | | |
| 61. Fidelity Select Energy | A | Dividend | J | T | Buy | 11/29/12 | J | | |
| 62. First Eagle Global Class 1 ** | | None | J | T | Sold (part) | 07/12/12 | J | D | |
| 63. | | | | | Buy (add'l) | 08/14/12 | J | | |
| 64. | | | | | Sold (part) | 10/24/12 | J | D | |
| 65. First Eagle Global Class C | A | Dividend | K | T | | | | | |
| 66. Harbor International | A | Dividend | J | T | Buy | 04/05/12 | J | | |
| 67. Harding Loevner Emerging MRKTS | | None | | | Buy (add'l) | 3/26/12 | J | | |
| 68. | | | | | Buy (add'l) | 04/12/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/20/12 | J | D | |
| 70. Hennessy Japan | | None | J | T | Buy | 12/18/12 | J | | |
| 71. ING Russia Fund Class A ** | | None | | | Sold (part) | 04/19/12 | J | C | |
| 72. | | | | | Sold | 09/24/12 | J | C | |
| 73. Invesco International Small Co. CL | A | Dividend | J | T | Sold (part) | 07/11/12 | J | D | |
| 74. IShares S& P 100 Index Fund ** | A | Dividend | | | Sold (part) | 04/04/12 | J | D | |
| 75. | | | | | Sold (part) | 05/08/12 | J | B | |
| 76. | | | | | Sold | 09/24/12 | J | C | |
| 77. IShares S&P U.S. Preferred Stock ** | A | Dividend | | | Sold (part) | 04/04/12 | J | D | |
| 78. | | | | | Sold | 09/24/12 | J | C | |
| 79. IShares S&P GSCI Commodity ** | | None | J | T | | | | | |
| 80. IShares TR Dow Jones US Tech | | None | | | Buy | 04/03/12 | J | | |
| 81. | | | | | Sold (part) | 05/04/12 | J | C | |
| 82. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 83. | | | | | Sold (part) | 09/24/12 | J | B | |
| 84. | | | | | Sold | 09/24/12 | J | C | |
| 85. IVA Worldwide Fund | A | Dividend | J | T | Sold (part) | 07/12/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mainstray Marketfield Fund | | None | J | T | Buy | 09/24/12 | J | | |
| 87. Market Vectors ** | | None | | | Sold (part) | 3/23/12 | J | B | |
| 88. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 89. | | | | | Sold (part) | 04/09/12 | J | D | |
| 90. | | | | | Sold (part) | 05/08/12 | J | B | |
| 91. | | | | | Sold (part) | 05/08/12 | J | B | |
| 92. | | | | | Buy (add'l) | 05/29/12 | J | | |
| 93. | | | | | Sold (part) | 07/17/12 | J | C | |
| 94. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 95. | | | | | Sold (part) | 09/24/12 | J | B | |
| 96. | | | | | Sold | 09/24/12 | J | C | |
| 97. Matthews China Fund | A | Dividend | J | T | | | | | |
| 98. Metzler Payden Euro Emerging Markets | | None | | | Sold (part) | 04/19/12 | J | C | |
| 99. | | | | | Buy (add'l) | 05/29/12 | J | | |
| 100. | | | | | Buy (add'l) | 07/27/12 | J | | |
| 101. | | | | | Sold | 09/20/12 | J | D | |
| 102. MFS Emerging Markets** | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Oakmark Equity & Income FD | A | Dividend | J | T | | | | | |
| 104. Permanent Portfolio ** | A | Dividend | K | T | | | | | |
| 105. Pimco All Asset Fund | A | Dividend | J | T | Buy | 11/30/12 | K | | |
| 106. Proshares | | None | K | T | Sold (part) | 1/18/12 | J | C | |
| 107. | | | | | Buy (add'l) | 04/03/12 | J | | |
| 108. | | | | | Buy (add'l) | 04/04/12 | J | | |
| 109. | | | | | Sold (part) | 04/09/12 | J | C | |
| 110. | | | | | Sold (part) | 04/12/12 | J | C | |
| 111. | | | | | Buy (add'l) | 04/18/12 | J | | |
| 112. | | | | | Buy (add'l) | 05/04/12 | J | | |
| 113. | | | | | Buy (add'l) | 05/09/12 | J | | |
| 114. | | | | | Sold (part) | 05/22/12 | J | D | |
| 115. | | | | | Buy (add'l) | 06/04/12 | J | | |
| 116. | | | | | Sold (part) | 06/12/12 | J | C | |
| 117. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 118. | | | | | Sold (part) | 08/14/12 | J | D | |
| 119. | | | | | Buy (add'l) | 10/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/28/12 | J | D | |
| 121. Robeco Boston Prtners | | None | K | T | | | | | |
| 122. Select Sector SPDR ** | | None | | | Buy (add'l) | 03/30/12 | J | | |
| 123. | | | | | Sold (part) | 05/02/12 | J | D | |
| 124. | | | | | Sold | 09/24/12 | J | D | |
| 125. TCW Emerging Markets | A | Dividend | J | T | Buy | 10/08/12 | K | | |
| 126. Thornburg Investment Income Builder ** | A | Dividend | J | T | Buy (add'l) | 04/04/12 | J | | |
| 127. Vanguard Inflation | A | Dividend | J | T | | | | | |
| 128. Wasatch International Growth | A | Dividend | K | T | Buy (add'l) | 3/26/12 | J | | |
| 129. Wasatch Long/Short Fund | | None | J | T | Buy | 09/28/12 | J | | |
| 130. Wasatch Microcap | | None | | | Sold | 3/5/12 | J | D | |
| 131. Wasatch Ultra Growth | | None | | | Sold (part) | 10/03/12 | J | C | |
| 132. | | | | | Sold | 10/24/12 | J | C | |
| 133. | | | | | | | | | |
| 134. IRA Smith Barney | | | | | | | | | |
| 135. Berkshire Hathaway | | None | | | Buy (add'l) | 02/14/12 | J | | |
| 136. Blackrock Global Fund | | None | | | Sold | 02/14/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Dreyfus Liquid Assets, Inc. | | None | | | Matured | 03/21/12 | J | | |
| 138. Ivy Asset Strategy Fund | | None | | | Sold | 03/21/12 | J | D | |
| 139. Ivy Global Natural Resources | | None | | | Sold | 03/21/12 | J | D | |
| 140. Select Sector SPDR | | None | | | Buy (add'l) | 01/03/12 | J | | |
| 141. Templeton Global Bond Fund | | None | | | Sold | 03/21/12 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 07/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Hennessey Focus Fund (line 7) was referred to in the 2011 report as FBR Focus Fund. There was a name change in 2012

Vanguard Specialized Portfolios (line 11) was completely sold in 2011, but inadvertantly left on the report

In response to a letter of inquiry, the Iowa College Savings account (line 34) includes a Moderate Growth Portfolio and an Aggresive Growth Portfolio. It is not age-based.

In response to a letter of inquiry, the Iowa College Savings acccount (line 35) includs a Moderate Growth Portfolio and an Aggressive Growth Portfolio. It is not age-based

The Limited Partnerships (lines 41-43) were closed in 2012 but the filer does not remember the exact dates -- The filer also does not recall anyone else involved in the transactions.

Blackrock Energy & Resources (line 50) rolled over from          Smith Barney IRA on 3.21

Berkshire Hathaway (line 52) additional shares were rolled over from          Smith Barney IRA on 3.21

First Eagle Global Class 1 (line 62 ) rolled over from          Smith Barney IRA on 3.21

ING Russia Fund Class A ( line 71 ) rolled over from          Smith Barney IRA on 3.21

IShares S& P 100 Index Fund (line 74) rolled over from          Smith Barney IRA on 3.21

Ishares S& P Preferred Stock (line 77) rolled over from          Smith Barney IRA on 3.21

Ishares S&P GSCI Commodity (line 79) was completely sold in 2011, but inadvertently left on the report

Market Vectors ETF (line 81)  additional shares were rolled over from          Smith Barney IRA on 3.21

MFS Emerging Markets Fund (line 102) rolled over from          Smith Barney IRA on 3.21

Permanent Portfolio (line 104) additional shares were rolled over from          Smith Barney IRA on 3.21

Select Sector SPDR (line 122) rolled over from          Smith Barney IRA on 3.21

Thornburg Investment Income Builder (line 126) rolled over from          Smith Barney IRA on 3.21

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MARK W. BENNETT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544